■ IRVING METAL CO., INC., Respondent, v. FRUEHAUF TRAILER COMPANY, Appellant.— Order entered on February 28, 1961, denying defendant's motion for summary judgment, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Valente, McNally, Stevens and Steuer, JJ.

■ HELEN K. TUBMAN, as Administratrix of the Estate of JOSEPH M. TUBMAN, Deceased, v. OLYMPIA OIL CORP. et al.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Valente and Steuer, JJ.

■ MARION O. KILPATRICK et al., v. HECTOR MAYA et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before September 12, 1961, with notice of argument for the October 1961 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Rabin, Valente and Steuer, JJ.

■ LENA LOEB v. RICHARD LOEB.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before August 15, 1961, with notice of argument for the September 1961 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Rabin, Valente and Steuer, JJ.

■ CARMEN LEBRON v. CARLOS LEBRON.— Motion for leave to appeal as a poor person granted insofar as to permit the appeal to be heard on the original record, without printing the same, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points upon the attorney for respondent and files 6 typewritten or 19 mimeographed copies of appellant's points, together with the original record, with this court. Concur — Botein, P. J., Breitel, Rabin, Valente and Steuer, JJ.

■ DOROTHY H. PITTERA v. PARADE PUBLICATIONS, INC., et al.— Motion for an order extending defendants-appellants' time to move or otherwise plead to the amended complaint denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Valente and Steuer, JJ.

■ In the Matter of MILTON VELINSKY et al. v. NORTHEASTERN WHOLESALERS, INC.— Motion for a stay denied, with $10 costs. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.

■ LORENZO J. POWER et al. v. JACOB FALK, Individually and as Trustee for Plaintiffs and MARY M. E. DEANE, et al.— Motion to include in the printed record on appeal the answer of defendant Jacob Falk verified October 23, 1958 granted only insofar as to permit the appellants to file the original and six copies of said answer of the defendant Jacob Falk, verified October 23, 1958, on or before the Wednesday preceding the first day of the term for which the appeal is noticed for argument. In all other respects the motion is denied. Concur — Botein, P. J., Breitel, Rabin, Valente and Steuer, JJ.

■ MILTON S. SHAPIRO, as Successor Receiver of The Electric Company of the Donetz Basin (Elektricheskoye Akzionernoye Obschestvo Donetzkago Basseina) v. WORTHINGTON SIMPSON COMPANY, LIMITED.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Valente and Steuer, JJ.